UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR NO. 04-50134-03 |
| VERSUS | JUDGE HICKS |
| RICHARD RANDALE JACKSON | MAGISTRATE JUDGE HORNSBY |

O R D E R

Before the Court is Defendant's Motion to Correct Clerical Error [Doc. 173]. Without objection, the motion is hereby GRANTED, and pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the judgment of this Court signed on December 8, 2005 under Imprisonment is clarified as follows:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 360 months as to each of Counts Two, Six, Seven, Eight, Nine and Ten. Said counts are to run concurrently with one another. *The defendant is to receive credit for the 5 months served from his arrest on charges in Criminal No. 04-30021-01, United States District Court, Western District of Louisiana, until his arrest on these charges.*

THUS DONE AND SIGNED, in Shreveport, Louisiana, this the 12th day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE